# Court of Appeals
# of the State of Georgia

ATLANTA,  August 17, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0344. JAMES COOPER v. PATRICIA COOPER.**

On May 12, 2022, we dismissed this application for discretionary appeal because Applicant James Cooper failed to include a copy of the motion for new trial he filed in the trial court, thereby precluding us from determining that the application was timely filed. James Cooper subsequently filed a motion for reconsideration and provided a copy of the omitted motion. Upon review of the motion for reconsideration, we conclude that the application is timely. Accordingly, we hereby GRANT the motion for reconsideration, VACATE our dismissal order of May 12, 2022, and REINSTATE the application.

Upon consideration of the merits of the application for discretionary appeal, it is hereby GRANTED. The applicant shall have ten days from the date of this order to file a notice of appeal in the trial court.

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/17/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.